PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Carlo Taccetta                                   Cr.: 00-CR-725-01

Name of Sentencing Judicial Officer: The Honorable Joseph A. Greenaway, Jr.

Date of Original Sentence: 07/08/02

Original Offense: Possession of a Firearm by a Convicted Felon, 18 U.S.C. 922(g)(1)[18 U.S.C. 924(a)(2)]

Original Sentence: Thirty (30) months custody; three (3) years supervised release

Type of Supervision: Supervised Release                Date Supervision Commenced: 11/29/04

Assistant U.S. Attorney: Stephen J. Taylor          Defense Attorney: John P. McDonald(retained)

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons to be held in abeyance until the pending criminal matter is resolved.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
|    | The offender violated the law as evidenced by his being charged on August 7, 2007, in the Borough of Lavallette, for possession of alcohol in a public place. He was adjudicated guilty of the offense on August 17, 2007, and paid a $121 fine. |
| 2. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
|    | The offender violated the law as evidenced by his being charged on July 5, 2007, in Hanover Township, with having possessed and used fireworks, and littering on July 2, 2007. |
| 3. | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
|    | The offender submitted a false monthly supervision report for the month of August 2007, by answering "no" to the following questions on side two, Part E of the document, "were you questioned by any law enforcement officers?", "were |

any pending charges disposed of during the month?", when in fact he was charged on August 7, 2007, in the Borough of Lavallette, with possession of alcohol in a public place. Thereafter of August 17, 2007, he was adjudicated guilty of the offense and sentenced to pay a $121 fine.

4. The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

The offender failed to notify the undersigned officer of his contact with the Borough of Lavallette Police on August 7, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin J. Mullens
Senior U.S. Probation Officer
Date: 11/14/07

THE COURT ORDERS:

[✓] The Issuance of a Summons to be Held in Abeyance.
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

11/27/07
Date