PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision

Name of Offender: Carlo Taccetta           Cr.: 00-CR-725-01
         PACTS Number: 27901

Name of Sentencing Judicial Officer: The Honorable Joseph A Greenaway, Jr.

Date of Original Sentence: 07/08/02

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: Thirty (30) months custody; three (3) years supervised release.

Type of Supervision: Supervised Release      Date Supervision Commenced: 11/29/04

### PETITIONING THE COURT

[ ] To extend the term of supervision for _____ Years, for a total term of _____ Years.
[✓] To withdraw the petition signed on November 27, 2007, and vacate the summons being held in abeyance allowing the case to close without adverse action.

### CAUSE

This recommendation takes into consideration the offender's mostly favorable adjustment to supervision prior to his problems at the end of the term as cited in the petition.

Respectfully submitted,

By: Kevin J Mullens
     Senior U.S. Probation Officer
Date: 04/20/09

THE COURT ORDERS:

[ ] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[✓] Other (withdraw)

Signature of Judicial Officer

5-29-09
Date